UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JUDGMENT IN A CIVIL CASE

------------------------------------------
Otis Michael Bridgeforth,
        Plaintiff(s)                    Case No.:
  vs.                                           8:09cv545 MAD/ATB

Dr. Popovics, and Sandra McCarthy,
        Defendant(s)
------------------------------------------

Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED, the defendant's Motion to Dismiss is granted. The plaintiff's complaint is dismissed. Judgment is entered in favor of defendant.

    All of the above pursuant to the Memorandum, Decision & Order of the Honorable Judge Suddaby, dated the 16th day of July, 2012.

DATED: July 16, 2012

Clerk of Court

s/

_____
Marie N. Marra, Deputy Clerk